Filing # 91369915 E-Filed 06/19/2019 04:31:12 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER:
DIVISION:

BRIAN HICKS,

Plaintiff,

v.

A TEAM LEASING, LLC,
d/b/a BUDDY'S HOME FURNISHINGS,
a foreign limited liability company, and
CURTIS DUKES, an individual

Defendant.
_____/

## COMPLAINT

Plaintiff, BRIAN HICKS, sues A TEAM LEASING, LLC, d/b/a/ BUDDY'S HOME FURNISHINGS, (hereinafter "A Team") alleging as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

2. At all times material hereto, BRIAN M. HICKS was a resident of Jacksonville, Duval County, Florida.

3. At all times material hereto, A TEAM LEASING was and is a foreign limited Liability Company authorized to do business in Florida.

4. At all times material hereto, CURTIS DUKES (hereafter "Driver") was an employee of A Team acting within the course and scope of his employment.

EXHIBIT A

## COUNT I
## PLAINTIFF BRIAN D. HICKS' NEGLIGENCE CLAIM AGAINST DEFENDANT A TEAM LEASING, LLC d/b/a BUDDY'S HOME FURNISHINGS

5. Plaintiff, BRIAN HICKS, realleges and incorporates paragraphs 1 through 4 above.

6. On or about August 26, 2016, at approximately 2:30 P.M., BRIAN D. HICKS was travelling on Restlawn Drive located in Duval County, Jacksonville, FL.

7. At that time and place, while acting within the course and scope of employment, Defendant, CURTIS DUKES, was operating, maintaining, and/or controlling the delivery truck owned by A Team.

8. On or about August 26, 2016, CURTIS DUKES, failed to stop the delivery truck at the stop sign located at the intersection of Restlawn Drive and Parkus Lane thereby causing it to crash into the Plaintiff, BRIAN D. HICKS' automobile.

9. Defendant A TEAM LEASING'S employee negligently and unlawfully operated, maintained, and/or controlled the delivery truck, thereby causing the automobile crash with the Plaintiff, BRIAN D. HICKS.

10. Defendant A TEAM LEASING is responsible for the negligent acts or omissions of its employees, including CURTIS DUKES *as respondeat superior*.

11. As a direct and proximate result of the subject accident, BRIAN HICKS suffered permanent bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and/or aggravation of a previously existing condition.

12. Florida Statutes Sections 627.730-627.7405 do not exempt Defendant A TEAM LEASING from tort liability because Plaintiff, BRIAN D. HICKS, sustained a permanent injury within a reasonable degree of medical probability.

13. BRIAN D. HICKS' vehicle sustained damage due to said collision, and he has sustained resulting financial losses.

WHEREFORE, Plaintiff, BRIAN D. HICKS, demands judgement against the Defendant, A TEAM LEASING d/b/a BUDDY'S HOME FURNISHINGS, for damages with interest and costs.

## COUNT II
### PLAINTIFF BRIAN D. HICKS NEGLIGENCE CLAIM AGAIN DEFENDANT CURTIS DUKES

14. Plaintiff, BRIAN D. HICKS, realleges and incorporates paragraphs 1 through 14 above.

15. On or about August 26, 2016, at approximately 2:30 P.M. BRIAN D. HICKS was travelling on Restlawn Drive located in Duval County, Jacksonville, Florida.

16. At that time at place, while acting within the course and scope of his employment, Defendant, CURTIS DUKES was operating, maintaining, and/or controlling the delivery truck owned by A TEAM LEASING.

17. On or about August 26, 2016, CURTIS DUKES, failed to stop the delivery truck at the stop sign located at the intersection of Restlawn Drive and Parkus Lane thereby causing it to crash into Plaintiff, BRIAN D. HICKS' automobile. Defendant, CURTIS DUKES, negligently and unlawfully operated, maintained, and/or controlled the delivery truck, thereby causing the automobile crash with Plaintiff, BRIAN D. HICKS.

18. As a direct and proximate result of the subject accident, BRIAN HICKS suffered permanent bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and/or aggravation of a previously existing condition.

19. Florida Statutes Sections 627.730-627.7405 do not exempt Defendant A TEAM LEASING from tort liability because Plaintiff, BRIAN D. HICKS, sustained a permanent injury within a reasonable degree of medical probability.

20. BRIAN D. HICKS' vehicle sustained damage due to said collision, and he has sustained resulting financial losses.

WHEREFORE, Plaintiff, BRIAN D. HICKS, demands judgment against the Defendant, CURTIS DUKES, for damages with interest and costs.

### DEMAND FOR JURY TRIAL

Plaintiff, BRIAN D. HICKS, demands trial by jury on all issues so triable.

Dated: June 19th, 2019

Respectfully Submitted,
THE SOUD LAW FIRM

JEFFREY D. SOUD, Esq.
Florida Bar No: 976090
575 Wells Road
Orange Park, FL 32073
Ph (904) 353-9000 / Fax (904) 353-9991
civilpleadings@soudlaw.com
Attorney for Plaintiffs