UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRIAN HICKS,

    Plaintiff,

v.                                                                                                   Case No.: 3:20-cv-1083-BJD-JBT

A TEAM LEASING, LLC, d/b/a
BUDDY'S HOME FURNISHINGS,
a foreign limited liability company
and CURTIS DUKES, an individual,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 27; Stipulation) filed on September 7, 2021. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of September, 2021.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*